NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH CRAIG MOODY,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )      Case No.  2D18-3324
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed August 16, 2019.

Appeal from the Circuit Court for Polk
County; William Sites, Judge.

Howard L. Dimmig, II, Public Defender,
and Lisa Lott, Assistant Public Defender,
Bartow, for Appellant.

Joseph Craig Moody, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, MORRIS, and LUCAS, JJ., Concur.